# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WIPAPORN KHAMLUE, TINGYU AL,**
**SONAL BHOSALE,  ET AL.,**

        **Plaintiffs,**

**-vs-**                                    **Case No.  6:13-cv-531-Orl-28TBS**

**WYNDHAM VACATION OWNERSHIP,**
**INC. and WYNDHAM VACATION**
**RESORTS, INC., doing business as**
**Orlando International Resort Club, ET**
**AL.,**

        **Defendants.**

_____

## ORDER

This case is before the Court on the parties' Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice (Doc. No. 28) filed January 10, 2014.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 15, 2014 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The parties' Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice (Doc. No. 28) is **GRANTED**.

     3.     The parties' settlement agreement is **APPROVED**.

     4.     All pending motions are **DENIED as moot.**

     5.     This case is **DISMISSED** with prejudice.

     6.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of February, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party